| AO-10<br>Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>DUPLANTIER, ADRIAN G | 2. Court or Organization<br>U.S. DISTRICT COURT-EDLA | 3. Date of Report<br>2/13/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br>ROOM C205, 500 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2006 FEB 21 P 3:20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | Louisiana State Employees Retirement | 53,226.36 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 2/13/2006 |

## IV. REIMBURSEMENTS -- transportation. lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Assn | 5/14-5/16 Washington, D.C. Travel, food, lodging |
| 2. | University of Virginia Law School CLE, at U.Va., Charlottesville, Va. | 1/8-1/10 Travel, food, lodging |
| 3. | Law & Economics Center George Mason University Moot Court, Washington, D.C. | 2/25 - 2/26 - Lodging, food and travel |
| 4. | Foundation for Research on Economics and the Environment- W. Virginia | 4/19-24 - Food, travel and lodging |
| 5. | Law and Economics Center - Florida | 11/12 - 11/18 - Food, travel and lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 2/13/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | C | Interest | L | T | | | | | |
| 2.  Whitney Natl Bank, N.O., Checking Account | A | Interest | K | T | | | | | |
| 3.  Ck. acct.Morgan-Chase, New Orleans, La. | A | Interest | J | T | | | | | |
| 4.  Lot No. 1, New Orleans, La. | | None | K | W | | | | | |
| 5.  Lot No. 2, New Orleans, La. | | None | L | W | | | | | |
| 6.  St. Tammany, La. Commercial Bldg. | G | Rent | O | W | | | | | |
| 7.  E. Baton Rouge Revenue Bonds | C | Interest | L | T | | | | | |
| 8.  Ohio (G.M. Bonds | B | Interest | K | T | | | | | |
| 9.  La. General Obligation Bonds | D | | | | sold | 1/6 | K | C | |
| 10.  Dave & Buster's, Inc. | | None | J | T | | | | | |
| 11.  JP Morgan Chase and Co. | D | Dividend | N | T | | | | | |
| 12.  Freeport McMoran Inc. Stock | C | Dividend | M | T | | | | | |
| 13.  General Electric Co. | E | Dividend | O | T | | | | | |
| 14.  General Electric Co. | | | | | Partial sale | 12/15 | K | E | |
| 15.  Hibernia Corp. | A | Dividend | | | All Donated | 3/16 | | | Donated to charity |
| 16.  Leggett & Platt, Inc. | D | Dividend | M | T | | | | A | |
| 17.  Millipore Corp. | B | Dividend | M | T | | | | | |
| 18.  Murphy Oil | C | Dividend | N | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2.501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUPLANTIER, ADRIAN G | 2/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Penn Virginia Corp. | C | Dividend | M | T | | | | | |
| 20. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 21. Tidewater Inc. | B | Dividend | M | T | | | | | |
| 22. Tyco International | B | Dividend | O | T | | | | | |
| 23. Tyco International | | | | | Partial Sale | 2/23 | K | D | |
| 24. Tyco International | | | | | Partial sale | 12/15 | L | E | |
| 25. Valero Energy Corp. | A | Dividend | K | T | | | | | |
| 26. Burlington Resources | A | Dividend | K | T | | | | | |
| 27. Deltic Timber Corp. | A | Dividend | K | T | | | | | |
| 28. Mykrolis Corp.-Name changed to Entegris (Merger) | | None | | | Sold | 12/13 | K | E | |
| 29. Ft. Eustis, Va. First Advantage Federal Credit Union IRA | C | Withdrawal | K | T | | | | | |
| 30. USAA IRA | G | Withdrawal | O | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>DUPLANTIER, ADRIAN G | Date of Report<br><br>2/13/2006 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date 2/13/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544